# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA



JAMES SIMMONS, individually and as Successor-In-
Interest of the Estate of JOANN PAULA SIMMONS,
Deceased, s

**SUMMONS IN A CIVIL CASE**

v.

PFIZER, INC., PHARMACIA CORPORATION, and
G.D. SEARLE LLC, (FKA G.D. SEARLE & CO.)

CASE NUMBER:

**CRB**

CV 08 0838

TO: (Name and address of defendant)

Pfizer, Inc.
c/o CT Service Corporation
818 West Seventh Street
Los Angeles, CA 90017

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

V. Andre Sherman, Esq.
GIRARDI AND KEESE
1126 Wilshire Boulevard
Los Angeles, CA 90017

an answer to the complaint which is herewith served upon you, within  twenty  days after service of this summons upon you,
exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the
complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking

CLERK

HELEN Y. ALMACEN

(BY) DEPUTY CLERK

,FEB  6 2008

DATE _____

NDCAO440

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

*E-filing*

JAMES SIMMONS, individually and as Successor-In-Interest of the Estate of JOANN PAULA SIMMONS, Deceased,

**SUMMONS IN A CIVIL CASE**

**V.**

**CASE NUMBER:**

PFIZER, INC., PHARMACIA CORPORATION, and
G.D. SEARLE LLC, (FKA G.D. SEARLE & CO.)

*CRB*

CV 08    0838

TO: (Name and address of defendant)

Pharmacia Corp.
c/o CT Service Corporation
818 West Seventh Street
Los Angeles, CA 90017

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

V. Andre Sherman, Esq.
GIRARDI AND KEESE
1126 Wilshire Boulevard
Los Angeles, CA 90017

an answer to the complaint which is herewith served upon you, within twenty    days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking

CLERK

HELEN L. ALMACEN

(BY) DEPUTY CLERK

{FEB    6 2008

DATE _____

NDCAO440

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA


E-filing

JAMES SIMMONS, individually and as Successor-In-
Interest of the Estate of JOANN PAULA SIMMONS,
Deceased,

**SUMMONS IN A CIVIL CASE**

### V.

PFIZER, INC., PHARMACIA CORPORATION, and
G.D. SEARLE LLC, (FKA G.D. SEARLE & CO.)

CASE NUMBER:

**CRB**

**CV 08    0838**

TO: (Name and address of defendant)

G.D. Searle & Co.
c/o CT Service Corporation
818 West Seventh Street
Los Angeles, CA 90017

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

V. Andre Sherman, Esq.
GIRARDI AND KEESE
1126 Wilshire Boulevard
Los Angeles, CA 90017

an answer to the complaint which is herewith served upon you, within twenty    days after service of this summons upon you,
exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the
complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

FEB    6 2008

Richard W. Wieking
CLERK

DATE

HELEN A. ALMACEN

(BY) DEPUTY CLERK

NDCAO440