```
 1  THOMAS V. GIRARDI – BAR NO. 36603
    J. PAUL SIZEMORE – BAR NO. 254981
 2  JENNIFER LENZE – BAR NO. 246858
    psizemore@girardikeese.com
 3  jlenze@girardikeese.com
    GIRARDI | KEESE
 4  1126 Wilshire Boulevard
    Los Angeles, California 90017
 5  Telephone: (213) 977-0211
    Facsimile: (213) 481-1554
 6
 7
    NICHOLAS I. GERSON – BAR NO. FSB 20899
 8  ngerson@gslawusa.com
    GERSON & SCHWARTZ, P.A.
 9  1980 Coral Way
    Miami, Florida 33145-2624
10  Telephone:  (305) 371-6000
    Facsimile:  (305) 371-5749
11
12
13  Attorneys for Plaintiffs
14
15              UNITED STATES DISTRICT COURT
16              NORTHERN DISTRICT OF CALIFORNIA
17              SAN FRANCISCO DIVISION
18
    JAMES SIMMONS, as heir at law of  )   MDL No. 1699
19  decedent JOANN PAULA SIMMONS,     )
                                      )   CASE NO. 3:08-cv-0838-CRB
20         Plaintiff,                 )
                                      )   ASSOCIATION OF ATTORNEYS
21  vs.                               )
                                      )
22                                    )
    PFIZER, INC., PHARMACIA           )
23  CORPORATION; and G.D. SEARLE,     )
    LLC, (FKA G.D. SEARLE & CO.),     )
24                                    )
                                      )
25         Defendants.                )
                                      )
26                                    )
                                      )
27                                    )
28  _____    )
```

-1-

ASSOCIATION OF ATTORNEYS

TO DEFENDANTS ABOVE NAMED AND TO THEIR ATTORNEYS OF RECORD:

GIRARDI | KEESE associates the law firm of GERSON & SCHWARTZ, P.A. to represent Plaintiff JAMES SIMMONS, as heir at law of decedent JOANN PAULA SIMMONS in the above-entitled action.

DATED: August 4, 2008

GIRARDI | KEESE

By: _____
JENNIFER LENZE
Attorneys for Plaintiffs

DATED:

GERSON & SCHWARTZ, P.A.

By: _____
NICHOLAS I. GERSON
Attorneys for Plaintiffs

-2-
ASSOCIATION OF ATTORNEYS