THOMAS V. GIRARDI - BAR NO. 36603
V. ANDRE SHERMAN - BAR NO. 198684
Girardi & Keese
1126 Wilshire Boulevard
Los Angeles, California 90017
Telephone (213) 977-0211
Facsimile: (213) 481-1554
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL NO. 1699<br>District Judge: Charles R. Breyer |
| This Document Relates To:<br><br>*Charles May, et al. v. Pfizer Inc, et al.* (07-1535 CRB)<br><br>*James Simmons, et al. v. Pfizer Inc, et al.* (08-0838 CRB)<br><br>*Curt Carlson v. Pfizer Inc, et al.* (08-1558 CRB) | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Come now Plaintiffs in the above-entitled actions and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with

//
//
//
//

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

each side bearing its own attorneys' fees and costs.

DATED: Feb 24, 2010    By: _____

**GIRARDI & KEESE**
1126 Wilshire Boulevard
Los Angeles, CA 90017
Telephone: 213-977-0211
Facsimile: 213-481-1554

*Attorneys for Plaintiffs*

DATED: Feb. 25, 2010    By: _____

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: APR - 5 2010    _____
Hon. Charles R. Breyer
United States District Court

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**